IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM** #4

IN RE: Montgomery Ward LLC, et al.

---

|  |  |  |
|---|---|---|
| Montgomery Ward, LLC, et al. | ) | |
| | ) | |
| Appellant | ) | Civil Action No.   06-639 |
| v. | ) | |
| | ) | |
| OTC International, Ltd. | ) | Bankruptcy Case No. 00-4667 |
| | ) | Adversary No. 02-9282 |
| Appellee | ) | Appeal No. 06-61 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 9/12/06 was docketed in the District Court on 10/17/06:

   Judgment entered in favor of the Appellee finding no cause of action

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                          Peter T. Dalleo
                                                          Clerk of Court


Date:   October 18, 2006

To:     U.S. Bankruptcy Court
        Counsel