IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTGOMERY WARD, LLC ) | |
| ) | |
| Appellant, ) | |
| v. ) | |
| ) | |
| OTC INTERNATIONAL, LTD. ) | |
| ) | |
| Appellee. ) | C.A. NO. 06-639 (UNA) |

### MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with the Standing Order of the Court dated July 23, 2004 (the "Standing Order"), the undersigned mediator reports that the mediation was officially completed on March 8, 2007 (the "Completion Date") and resolved in the following manner:

(a) The following individuals were present at the initial mediation session conducted on January 17, 2007 (the "Initial Mediation Session"):[1]

  (1) Parties (name and capacity) -

  John L. Palmer, Plan Administrator for Montgomery Ward, LLC

  Lee A. Rothlein, Chief Financial Officer of OTC International, Ltd.

  (2) Counsel (name, firm and party representing) –

  Joseph Steinfeld
  A·S·K Financial LLP
  2600 Eagan Woods Drive, Suite 220
  Eagan, MN 55121

  -And-

  Eric J. Haber
  Cooley Godward Cronish LLP
  1114 Avenue of the Americas
  New York, NY 10036

  Counsel for Plan Administrator for Montgomery Ward, LLC

---

[1] The Initial Mediation Session was adjourned and continued via telephone at various times up and through the Completion Date.

        Mitchell Kaplan
Silverberg Stonehill Goldsmith & Haber, P.C.
III West 40th Street
New York, New York 10018

        Counsel for OTC International, Ltd.[2]

(b) The following parties failed to appear and/or participate as ordered:

        Not Applicable.

(c) The outcome of the mediation conference was:

    __X__ The matter has been completely resolved and counsel have been instructed to file an appropriate stipulation and proposed order dismissing the appeal, with prejudice, within 30 days in accordance with the Standing Order.

    _____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within thirty (30) days in accordance with the Standing Order

    _____ The following issues remain for this court to resolve:

    _____ The matter has not been resolved and should proceed to trial.

    _____ OTHER:

Dated: March 9, 2007

                              Signature of Mediator

                              Joseph A. Malfitano (No. 4020)
                              Young Conaway Stargatt & Taylor, LLP
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              P.O. Box 391
                              Wilmington, Delaware 19899-0391
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

cc: Counsel of Record

---

[2] After the Initial Mediation Session, but before a settlement could be reached, Mr. Kaplan left Silverberg Stonehill Goldsmith & Haber, P.C. Michael Goldsmith from Silverberg Stonehill Goldsmith & Haber, P.C. continued to represent OTC International, Ltd. through the Completion Date.

2