IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Montgomery Ward, LLC, *et al.*,<br>Debtor, | Bk. No. 00-4667(KG)<br><br>Chapter 11<br><br>Adv. No.02-9282-RTL |
| Montgomery Ward, LLC, *et al.*, Debtor in Possession,<br>Appellant,<br>vs.<br>OTC International, Ltd.,<br>Appellee. | C.A. NO. 06-639(JJF) |

**STIPULATION TO DISMISS APPEAL WITH PREJUDICE
PURSUANT TO FED.R.BANKR.P. 8001(c)(2)**

AND NOW this 26th day of March, 2007, Montgomery Ward, LLC. *et al.*, Debtor in Possession (the "Appellant") and OTC International, Ltd. (the "Appellee" and collectively with Appellant, the "Parties") hereby stipulate and agree as follows:

1.   The Parties to the above-referenced appeal (the "Appeal") have reached a settlement agreement (the "Settlement Agreement").

2.   Federal Rule of Bankruptcy Procedure 8001(c)(2) provides, in relevant part:

> If an appeal has been docketed and the parties to the appeal sign and file with the clerk of court . . . an agreement that the appeal be dismissed and pay any court costs and fees that may be due, the clerk of the district court . . . shall enter an order dismissing the appeal.

Fed.R.Bankr.P. 8001(c)(2).

3.   Pursuant to the terms of the Settlement Agreement, the Parties hereby stipulate to the dismissal of the Appeal with prejudice, each to bear its own fees and costs.

4.   Therefore, the Parties respectfully request that the Court enter the proposed order, attached hereto as Exhibit "A" dismissing this Appeal.

5.   This Stipulation may be executed in counterpart by the Parties as defined above. Furthermore, an executed facsimile copy shall be deemed an original.

Dated: March 27, 2007          By  _____
                                   Daniel B. Butz (#4227)
                                   Donna L. Culver, (#2983)
                                   Derek C. Abbott, (#3379)
                                   MORRIS, NICHOLS, ARSHT & TUNNELL
                                   1201 North Market Street
                                   P.O. Box 1347
                                   Wilmington, DE 19899-1347

                                   and

Primary Counsel
(Please Contact Primary Counsel)   Joseph L. Steinfeld, Jr., DC SBN 297101,
                                   MN SBN 0266292, VA SBN 18666
                                   Karen M. Scheibe, MN SBN 0300469, ND SBN 05683, SD
                                   SBN 1912
                                   A·S·K FINANCIAL LLP
                                   2600 Eagan Woods Drive, Suite 220
                                   Eagan, MN 55121
                                   **Telephone:** (651) 406-9665 ext. 845  **Fax:** (651) 406-9676

                                   Attorneys For Appellant, Montgomery Ward, LLC, et al.,
                                   Debtor in Possession


Dated: March 26, 2007          By  _____
                                   Ashley B. Stitzer, Esq. (No. 3891)
                                   The Bayard Firm
                                   P.O. Box 25310
                                   Wilmington, DE 19899
                                   Telephone: 302-655-5000
                                   Fax: 302-658-6395

                                   and

                                   Michael B. Goldsmith, Esq.
                                   Silverberg, Stonehill, Goldsmith & Haber, P.C.
                                   111 Wets 40th Street
                                   New York, NY 10018

                                   Attorneys for Appellee, OTC International, LTD.

# EXHIBIT "A"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Montgomery Ward, LLC, *et al.*,<br>Debtor, | Bk. No. 00-4667(KG)<br>Chapter 11<br>Adv. No.02-9282-RTL |
| Montgomery Ward, LLC, *et al.*, Debtor in Possession,<br>Appellant,<br>vs.<br>OTC International, Ltd.,<br>Appellee. | C.A. NO. 06-639(JJF) |

## ORDER DISMISSING APPEAL

Having considered the Stipulation to Dismiss Appeal with Prejudice Pursuant to Fed.R.Bankr.P. 8001(c)(2) filed in the above-captioned matter, it is hereby:

ORDERED that this appeal is dismissed.

_____, 2007            _____
                                          United States District Judge