IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Montgomery Ward, LLC, et al.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 00-4667 (KG)<br><br>Adv. Pro. No. 02-9282 (RTL) |
| Montgomery Ward, LLC, et al., Debtor in Possession,<br><br>　　　　　　Appellant,,<br><br>vs.<br><br>OTC International, Ltd.<br><br><br>　　　　　　Appellee.. | C.A. No. 06-639 (JJF) |

### NOTICE OF SERVICE [RE: D.I. 6]

　　　　PLEASE TAKE NOTICE that on March 27, 2007, a copy of the **Stipulation To Dismiss Appeal With Prejudice Pursuant to Fed.R.Bankr.P. 8001(c)(2) (D.I. 6)** was caused to be served in the manner indicated upon the parties identified on the attached proof of service.

Dated: March 28, 2007

　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　/s/ Donna L. Culver
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Donna L. Culver (#2983)
　　　　　　　　　　　　　　　　　　Daniel B. Butz (#4227)
　　　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-1347
　　　　　　　　　　　　　　　　　　(302) 658-9200

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　Joseph L. Steinfeld, Jr., DC SBN 297101,
　　　　　　　　　　　　　　　　　　MN SBN 0266292,VA SBN 18666
　　　　　　　　　　　　　　　　　　Karen M. Scheibe, MN SBN 0300469, ND SBN 05683,
　　　　　　　　　　　　　　　　　　SD SBN 1912
　　　　　　　　　　　　　　　　　　A·S·K FINANCIAL LLP
　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 220
　　　　　　　　　　　　　　　　　　Eagan, Minnesota 55121
　　　　　　　　　　　　　　　　　　(651) 406-9665

　　　　　　　　　　　　　　　　　　Counsel for Appellant, Montgomery Ward, LLC, *et al.*,
　　　　　　　　　　　　　　　　　　Debtor in Possession

779571

In re:   Montgomery Ward, LLC, et al.
         Case No. 00-4667(RTL)   Adv. No. 02-9282
         OTC International, Ltd.

### PROOF OF SERVICE

### STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the State aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

2600 Eagan Wood Drive, Suite 220, Eagan, Minnesota 55121

On the date indicated next to my signature below, I served the foregoing document described as:

### STIPULATION TO DISMISS APPEAL WITH PREJUDICE PURSUANT TO FED.R.BANKR.P. 8001(c)(2)

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Eagan, Minnesota addressed as follows:

<u>Attorney for Defendant</u>
Ashley B. Stitzer, Esq.
The Bayard Firm
P.O. Box 25310
Wilmington, DE 19899

and

Michael B. Goldsmith, Esq.
Silverberg, Stonehill, Goldsmith & Haber, P.C.
111 Wets 40th Street
New York, NY 10018

》 (By Regular Mail) I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

___(Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed at Eagan, Minnesota on March 27, 2007.

___/s/   *Daisy K. Dusek*___
Daisy K. Dusek, Declarant